[No. 42851-9-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEIGHTON FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10024-7, Marilyn R. Sellers, J., entered May 15, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42634-6-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07865-9, Michael Spearman, J., entered May 3, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43057-2-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY DEAN BAADE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01246-0, Marilyn R. Sellers, J., entered June 22, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42036-4-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05864-5, Michael Spearman, J., entered November 26, 1997. *Dismissed* by unpublished per curiam opinion.